UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

    v.

O-CO CONCRETE CONSTRUCTION LLC,

    Defendant,

    v.

CHASE BANK,

    Garnishee.

Cause No. MC20-0106RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, O-CO Concrete Construction LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Chase Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiffs' counsel on November 16, 2020.[1]

---

[1] The application was filed less than thirty days after entry of the underlying judgment. Federal Rule of Civil Procedure 62(a) provides that "execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise." In future, applications filed in

ORDER TO ISSUE WRIT OF
GARNISHMENT

1 | Dated this 30th day of November, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

---

violation of the automatic stay will be denied as premature.

ORDER TO ISSUE WRIT OF
GARNISHMENT