1
2
3
4
5
6      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
7                 AT SEATTLE

8   NORTHWEST ADMINISTRATORS, INC.,
                                                    NO. MC20-0106RSL
9            Plaintiff,

10           v.                                     ORDER DIRECTING ENTRY OF
                                                    JUDGMENT ON GARNISHEE'S
11  O-CO CONCRETE CONSTRUCTIONS,                    ANSWER
    LLC,
12
             Defendant,
13
             v.
14
    CHASE BANK,
15
             Garnishee-Defendant.
16

17

18                                  **Summary**

19     Judgment Creditor:                 Northwest Administrators, Inc.
       Judgment Debtor:                   O-Co Concrete Construction, LLC
20     Garnishee-Defendant:                Chase Bank
       Garnishment Judgment Amount:       $2,908.18
21     Attorneys' Fees:                   $250.00
       Costs:                             $140.00
22     Attorneys for Judgment
23       Creditor:                        Reid, McCarthy, Ballew & Leahy, L.L.P.

24

25      THIS MATTER coming on for consideration upon the application of Judgment Creditor for

26  judgment on the answer of Garnishee-Defendant; it appearing that Garnishee-Defendant has filed

27
    ORDER DIRECTING ENTRY
28  OF JUDGMENT - 1

its answer herein stating that it holds funds of the Judgment-Debtor, O-Co Concrete Construction, LLC, in the sum of $3,298.18; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in the total amount of $2,908.18; that Judgment Creditor incurred attorney's fees in the amount of $250.00, and costs in the amount of $140.00 as stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor and against the Garnishee Defendant in the sum of $3,298.18, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by the Garnishee of the aforementioned sum to the registry of this Court, the Garnishee shall be automatically discharged from this action.

3. Upon receipt of the aforementioned payment from the Garnishee, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $3,298.18, plus all accrued interest, minus any statutory user fees, payable to Northwest Administrators, Inc., and mail or deliver the check to Reid, McCarthy, Ballew & Leahy, LLP, ATTN: Russell J. Reid, 100 West Harrison Street, North Tower, Suite 300, Seattle, WA 98119.

ORDER DIRECTING ENTRY
OF JUDGMENT - 2

4. Upon receipt of said sum, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the principal Defendant/Judgment Debtor.

Dated this 19th day of March, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY
OF JUDGMENT - 3